IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Shirley A. Lucas, by and through Nathan Lucas, her lawfully appointed Attorney in Fact, | 9:23-cv-02753-BHH |
| | **SUGGESTION OF DEATH** |
| Plaintiff(s), | |
| -vs- | |
| Wells Fargo Bank, NA, Wells Fargo Clearing Services, LLC, Bank of America, NA, and PayPal, Inc., | |
| Defendant(s). | |

The undersigned attorney for the Plaintiff, Shirley Lucas, hereby suggests to the Court that Ms. Lucas passed away on June 14, 2023.

Rule 25(a)(1) provides as follows:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed. Fed. R. Civ. P. Rule 25(a)(1).

Plaintiff respectfully requests that this Court stay the proceedings in this case, and allow 90 days for the appointment of a personal representative for the decedent, and the substitution of said person as Plaintiff in this action, and and allow Defendants 20 days to answer or otherwise plead after said representative is identified to the Court.

2

Under Local Rule 7.02, counsel for the Defendants have been consulted and do not oppose this request.

Respectfully submitted,

DAVE MAXFIELD, ATTORNEY, LLC

s/ David A. Maxfield

_____
Dave Maxfield, Esq., Fed ID 6293
P.O. Box 11865
Columbia, SC 29211
(803) 509-6800
(855) 299-1656 (fax)
dave@consumerlawsc.com

June 20, 2023